**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

STEVEN SASLOW,

Respondent

v.

HEINZEE, LLC,

Petitioner

: No. 61 MAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.